# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jacob W. Juvland,         Case No. 18-cv-3492 (SSRN/DTS)

       Plaintiff,

       **ORDER**

v.

Allura USA LLC, et al.,

       Defendants.

---

The above matter came before the Court on the Stipulation of the parties to extend the time for Defendants to respond to Plaintiff's complaint.

**IT IS HEREBY ORDERED:** Defendants are granted an extension until April 5, 2019, to file responsive pleadings to Plaintiff's complaint.


Dated: February 1, 2019             s/David T. Schultz
                                            DAVID T. SCHULTZ
                                            United States Magistrate Judge